1 | Your Name: Boanerge Méndez
2 | Address: 960 Torero Plaza
3 | Campbell, CA 95008
4 | Phone No.: (415) 724-3464
5 | E-mail: bomendez05@gmail.com
6 | Pro Se Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☐ Oakland ☑ San Jose ☐ Eureka

FILED
SEP 14 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Stellar Records, LLC

Plaintiff,

vs.

Boanerge Méndez

Defendant.

Case Number: 5:17-CV-04423-HRL (BLF)

**ANSWER**

*Check only if you include a Counterclaim or Crossclaim:*
☐ **AND COUNTERCLAIM**
☐ **AND CROSSCLAIM**

DEMAND FOR JURY TRIAL [check one]
☐ Yes  ☑ No

Judge: Hon. Howard R. Lloyd

**1. Responses to the Claims in the Complaint**

*Each paragraph of the Complaint should be numbered. Read each paragraph carefully.*
- *If everything in the paragraph is **false**, do not write that paragraph number anywhere. The first paragraph of this Answer denies everything that is not specifically admitted.*
- *If everything in the paragraph is **true**, write that paragraph number in Section B, below.*
- *If you **don't know** whether the paragraph is true or not, write that paragraph number in Section C, below.*
- *If the paragraph is **partly true and partly false**, write that paragraph number in Section D below and explain which specific parts of the paragraph are true.*
- *Use more pages if needed.*

ANSWER
CASE NUMBER 5:17-CV-04423-HRL

Page 1 of 3

*[JDC TEMPLATE – Rev. 2017]*

A. Defendant **denies** each and every allegation in the Complaint except those specifically admitted in this Answer.

B. Defendant **admits** all of the allegations in the following paragraphs:

_____

_____

C. Defendant **does not know** or have enough information to form a belief as to whether the allegations in the following paragraphs are true:

1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51

_____

D. Defendant **admits only parts** of each paragraph below, and denies or does not know enough to say whether the rest of the paragraph is true. *[Use more pages if needed]*:

Paragraph ____: I admit only that _____

_____

_____

_____

Paragraph ____: I admit only that _____

_____

_____

_____

Paragraph ____: I admit only that _____

_____

_____

_____

Paragraph ____: I admit only that _____

_____

_____

_____

CASE NUMBER 5:17-CV-04423-HRL

Page 2 of 3

[JDC TEMPLATE – Rev. 2017]

## Demand for Relief

WHEREFORE, Defendant demands:

- ☒ That the Court enter judgment dismissing the Complaint;
- ☒ That Defendant be awarded costs incurred;
- ☒ That Defendant be awarded such other and further relief as the Court may deem just;
- ☐ *[If you filed a counterclaim or crossclaim, explain what you would like the Court to do]*:

_____
_____
_____
_____
_____
_____

- ☐ Other *[explain]*: _____

_____
_____
_____

## Demand for Jury Trial

*Check one box to show whether you would like a jury to decide your case, if allowed.*

- ☐ Yes
- ☒ No

*If more than one Defendant is included in this Answer, each must sign and date below. Attach another page if you need to.*

Respectfully submitted,

Date: 9/9/17        Signature: *[signed]*
                    Printed name: Boanerge Méndez

Pro Se Defendant

ANSWER
CASE NUMBER 5:17-CV-04423-HRL

Page 3 of 3

*[JDC TEMPLATE – Rev. 2017]*

Justice & Diversity
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

# CERTIFICATE OF SERVICE

*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the Answer that you file and serve.*

1. **Case name** *[write Plaintiff's name on the first line, and your name on the second line]*:
   Stellar Records LLC v. Boanerge Méndez

2. **Case number:** 5:17-CV-04423-HRL

3. **Document served:** Answer *[if you added a claim of your own, check the box for that claim]*
   ☑ Counterclaim    ☐ Crossclaim

4. **How was the Answer served?** *[check one]*
   ☑ Placed in U.S. Mail
   ☐ Hand-delivered
   ☐ Sent for delivery (e.g., FedEx, UPS)
   ☐ Sent by fax (if the other party has agreed to accept service by fax)

5. **To whom was the Answer sent?** *[For each person you sent the document, write their full name and contact information used.]*

   Michael T Hopkins                       Sharon Jane Adams
   757 N. Broadway, Suite 201              2140 Shattuck Avenue Suite 207
   Milwaukee, WI 53202                     Berkeley, CA 94704

6. **When was the Answer served?** 9/12/17

7. **Who served the Answer?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: *[signed]*
   Name: Boanerge Méndez
   Address: 960 Torero Plaza
            Campbell, CA 95008

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 2017]*