Michael T. Hopkins (WI SBN: 1014792)
mth@ip-lit.us
IP-Litigation.US, LLC
757 N. Broadway, Suite 201
Milwaukee, WI 53202
Tel/Fax: 888-227-1655
appearing *pro hac vice*
    and
Sharon J. Adams (State Bar No. 154929)
sjadams@adamslaw.biz
Adams Law Office
2140 Shattuck Avenue, Suite 207
Berkley, CA 94704
Tel/Fax: 510-649-1331

Attorneys for Plaintiff, Stellar Records, LLC

**APPROVED**
Judge Susan van Keulen

Plaintiff's request is GRANTED on the condition that Mr. Viveiros participate in the entire conference by telephone, anytime that the court is present with plaintiff's counsel, including opening remarks.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## San Jose Division

| | |
|---|---|
| STELLAR RECORDS, LLC, | Case No. 5:17-cv-4423-BLF |
| Plaintiff, | |
| vs. | ***PLAINTIFF'S MOTION TO APPEAR AT MEDIATION BY ITS ATTORNEY, MICHAEL T. HOPKINS*** |
| BOANERGE MENDEZ, | |
| Defendant. | |

THE PLAINTIFF, Stellar Records, LLC, by its attorneys, Michael T. Hopkins and Sharon J. Adams, hereby move the Court, the Honorable Susan van Keulen, U.S. Magistrate Judge, presiding, for an Order allowing Plaintiff to appear by Attorney Michael T. Hopkins, as its entity representative, at the mediation session scheduled for January 22, 2018, as Thomas Viveiros, the Chief Executive Manager (CEM) and sole officer of Stellar Records, LLC is medically incapacitated and unable to personally appear on behalf of Plaintiff.

In support of said Motion, Plaintiff states that Attorney Hopkins will have full, unconditional authority to act on behalf of Plaintiff at said mediation, and further relies upon the Declaration of Thomas Viveiros filed herewith and incorporated herein, in its entirety.

Respectfully submitted this 5th day of January, 2018.

        /s/ Michael T. Hopkins      .
Michael T. Hopkins (LEAD COUNSEL)
Appearing *pro hac vice*
WBN: 1014792
email: mth@ip-lit.us

IP-Litigation.US, LLC
757 N. Broadway, Suite 201
Milwaukee, WI 53202

Tel/Fax: (888) 227-1655

and


        /s/ Sharon J. Adams      .
Sharon J. Adams (State Bar No. 154929)
sjadams@adamslaw.biz

Adams Law Office
2140 Shattuck Avenue, Suite 207
Berkley, CA 94704

Tel/Fax: 510-649-1331

Counsel for Plaintiff,
Stellar Records, LLC

Michael T. Hopkins (WI SBN: 1014792)
mth@ip-lit.us
IP-Litigation.US, LLC
757 N. Broadway, Suite 201
Milwaukee, WI 53202
Tel/Fax: 888-227-1655
appearing *pro hac vice*
    and
Sharon J. Adams (State Bar No. 154929)
sjadams@adamslaw.biz
Adams Law Office
2140 Shattuck Avenue, Suite 207
Berkley, CA 94704
Tel/Fax: 510-649-1331

Attorneys for Plaintiff, Stellar Records, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**San Jose Division**

| STELLAR RECORDS, LLC, | |
|---|---|
| Plaintiff, | Case No. 5:17-cv-4423-BLF |
| vs. | ***CERTIFICATE OF SERVICE*** |
| BOANERGE MENDEZ, | |
| Defendant. | |

On the 5th day of January, 2018, the undersigned served a copy of the *Plaintiff's Motion to Appear at Mediation by Attorney* upon the Defendant, Boanerge Mendez, by mailing a copy thereof, with this *Certificate of Service,* via U.S. Mail, First Class postage prepaid, addressed as follows:

                                            Boanerge Mendez
                                            960 Torero Plaza
                                            Campbell, CA 95008

and by emailing a copy thereof to Boanerge Mendez at the email address of:

bomendez05@gmail.com

Dated January 5, 2018.

      /s/ Michael T. Hopkins    .
Michael T. Hopkins (LEAD COUNSEL)
Appearing *pro hac vice*
WBN: 1014792
email: mth@ip-lit.us

IP-Litigation.US, LLC
757 N. Broadway, Suite 201
Milwaukee, WI 53202

Tel/Fax: (888) 227-1655

Counsel for Plaintiff