Michael T. Hopkins (WI SBN: 1014792)
mth@ip-lit.us
IP-Litigation.US, LLC
757 N. Broadway, Suite 201
Milwaukee, WI  53202
Tel/Fax: 888-227-1655
appearing *pro hac vice*
        and
Sharon J. Adams (State Bar No. 154929)
sjadams@adamslaw.biz
Adams Law Office
2140 Shattuck Avenue, Suite 207
Berkley, CA  94704
Tel/Fax: 510-649-1331

Attorneys for Plaintiff, Stellar Records, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

| | |
|---|---|
| STELLAR RECORDS, LLC, | Case No. 5:17-cv-4423-BLF |
| Plaintiff, | |
| vs. | ***NOTICE OF SETTLEMENT*** |
| BOANERGE MENDEZ, | |
| Defendant. | |

THE PARTIES engaged in settlement negotiations on March 7, 2018, which resulted in a resolution of the above matter. Based upon the terms of said settlement, which requires the drafting of additional documents, it is anticipated that a stipulation for dismissal will be filed with the Court on or before March 30, 2018.

Dated this 8th day of March, 2018

      /s/ Michael T. Hopkins    .
Michael T. Hopkins (LEAD COUNSEL)
Appearing *pro hac vice*
WBN: 1014792
email: mth@ip-lit.us

IP-Litigation.US, LLC
757 N. Broadway, Suite 201
Milwaukee, WI  53202

Tel/Fax: (888) 227-1655

and

      /s/ Sharon J. Adams    .
Sharon J. Adams (State Bar No. 154929)
sjadams@adamslaw.biz

Adams Law Office
2140 Shattuck Avenue, Suite 207
Berkley, CA  94704

Tel/Fax: 510-649-1331

Counsel for Plaintiff,
Stellar Records, LLC