# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| STELLAR RECORDS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BOANERGE MENDEZ,<br><br>    Defendant. | Case No. 17-cv-04423-BLF<br><br>**ORDER REQUESTING STIPULATION OF DISMISSAL OR STATUS UPDATE ON OR BEFORE MARCH 30, 2018; VACATING CASE MANAGEMENT CONFERENCE** |

Plaintiff Stellar Records, LLC ("Plaintiff") has filed a Notice of Settlement to inform the Court that the parties have resolved this action. *See* ECF 37. Plaintiff anticipates that a stipulation for dismissal will be filed with the Court on or before March 30, 2018. *Id*.

Accordingly, the Court hereby ORDERS the parties to file a stipulation for dismissal, or a written status report, on or before **March 30, 2018.** The initial Case Management Conference scheduled for **May 17, 2018** is hereby VACATED.

**IT IS SO ORDERED.**

Dated: March 8, 2018

_____
BETH LABSON FREEMAN
United States District Judge