Michael T. Hopkins (WI SBN: 1014792)
mth@ip-lit.us
IP-Litigation.US, LLC
757 N. Broadway, Suite 201
Milwaukee, WI 53202
Tel/Fax: 888-227-1655
appearing *pro hac vice*
        and
Sharon J. Adams (State Bar No. 154929)
sjadams@adamslaw.biz
Adams Law Office
2140 Shattuck Avenue, Suite 207
Berkley, CA 94704
Tel/Fax: 510-649-1331

Attorneys for Plaintiff, Stellar Records, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**San Jose Division**

STELLAR RECORDS, LLC,

                 Plaintiff,

       vs.

BOANERGE MENDEZ,

                Defendant.

Case No. 5:17-cv-4423-BLF

***STIPULATION FOR VOLUNTARY DISMISSAL, WITH PREJUDICE***

      THE PLAINTIFF, Stellar Records, LLC, by its attorneys, Michael T. Hopkins and Sharon J. Adams, and the Defendant, Boanerge Mendez, individually, hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., to the dismissal the above matter in its entirety, with prejudice, and without further costs to any party.

Dated this 19th day of March, 2017.

/s/ Michael T. Hopkins        .
Michael T. Hopkins (LEAD COUNSEL)
Appearing *pro hac vice*
WBN: 1014792
email: mth@ip-lit.us

IP-Litigation.US, LLC
757 N. Broadway, Suite 201
Milwaukee, WI  53202

Tel/Fax: (888) 227-1655

and


/s/ Sharon J. Adams        .
Sharon J. Adams (State Bar No. 154929)
sjadams@adamslaw.biz

Adams Law Office
2140 Shattuck Avenue, Suite 207
Berkeley, CA  94704

Tel/Fax: 510-649-1331

Counsel for Plaintiff,
Stellar Records, LLC


/s/ Boanerge Mendez        .
Boanerge Mendez, Defendant

Michael T. Hopkins (WI SBN: 1014792)
mth@ip-lit.us
IP-Litigation.US, LLC
757 N. Broadway, Suite 201
Milwaukee, WI 53202
Tel/Fax: 888-227-1655
appearing *pro hac vice*
        and
Sharon J. Adams (State Bar No. 154929)
sjadams@adamslaw.biz
Adams Law Office
2140 Shattuck Avenue, Suite 207
Berkley, CA 94704
Tel/Fax: 510-649-1331

Attorneys for Plaintiff, Stellar Records, LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

| | |
|---|---|
| STELLAR RECORDS, LLC,<br><br>                    Plaintiff,<br><br>        vs.<br><br>BOANERGE MENDEZ,<br><br>                    Defendant. | Case No. 5:17-cv-4423-BLF<br><br>***CERTIFICATE OF SERVICE*** |

On the 21st day of March, 2018, the undersigned served a copy of the STIPULATION

FOR VOLUNTARY DISMISSAL upon the Defendant, Boanerge Mendez, by mailing a copy

thereof, with this *Certificate of Service,* via U.S. Mail, First Class postage prepaid, addressed as

follows:

>                    Boanerge Mendez
>                    960 Torero Plaza
>                    Campbell, CA 95008

Dated March 21, 2018.

                     /s/ Michael T. Hopkins        .
Michael T. Hopkins (LEAD COUNSEL)
Appearing *pro hac vice*
WBN: 1014792
email: mth@ip-lit.us

IP-Litigation.US, LLC
757 N. Broadway, Suite 201
Milwaukee, WI  53202

Tel/Fax: (888) 227-1655

Counsel for Plaintiff